UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTUR ZAWADA,

               Plaintiff,                     Civil Action No. 2:16-cv-13606-VAR-RSE

vs

JAKE CROMAN,

               Defendant.

_____/

| | |
|---|---|
| LAW OFFICE OF JINAN M. HAMOOD | POTTER, DeAGOSTINO, O'DEA & PATTERSON |
| JINAN M. HAMOOD (P77315) | STEVEN M. POTTER (P33344) |
| Attorney for Plaintiff | RICK J. PATTERSON (P55706) |
| 214 N. Fourth Ave., 2nd Floor | ROBERT C. CLARK (P76359) |
| Ann Arbor, MI 48104 | Attorneys for Defendant |
| (734) 355-5666 | 2701 Cambridge Court, Ste. 223 |
| hamoodjm@gmail.com | Auburn Hills, MI 48326 |
| | (248)377-1700 / Fax (248)377-0051 |

_____/

## **STIPULATION TO COMPEL OUTSTANDING DISCOVERY**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that Plaintiff shall provide to Defendant Answers to Defendant's Witness Interrogatories to Plaintiff dated March 21, 2017, on or before June 29, 2017.

| | |
|---|---|
| LAW OFFICE OF JINAN M. HAMOOD | POTTER, DeAGOSTINO, O'DEA & PATTERSON |
| By:/s/Jinan M. Hamood | By: /s/Robert C. Clark |
| JINAN M. HAMOOD (P77315) | ROBERT C. CLARK (P76359) |
| Attorney for Plaintiff | Attorney for Defendant |
| 214 N. Fourth Ave., 2nd Floor | 2701 Cambridge Court, Suite 223 |
| Ann Arbor, MI 48104 | Auburn Hills, MI 48326 |
| (734) 355-5666 | (248)377-1700 |
| hamoodjm@gmail.com | rclark@potterlaw.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTUR ZAWADA,

             Plaintiff,                       Civil Action No. 2:16-cv-13606-VAR-RSE

vs

JAKE CROMAN,

             Defendant.

_____/

| | |
|---|---|
| LAW OFFICE OF JINAN M. HAMOOD | POTTER, DeAGOSTINO, O'DEA & PATTERSON |
| JINAN M. HAMOOD (P77315) | STEVEN M. POTTER (P33344) |
| Attorney for Plaintiff | RICK J. PATTERSON (P55706) |
| 214 N. Fourth Ave., 2nd Floor | ROBERT C. CLARK (P76359) |
| Ann Arbor, MI 48104 | Attorneys for Defendant |
| (734) 355-5666 | 2701 Cambridge Court, Ste. 223 |
| hamoodjm@gmail.com | Auburn Hills, MI 48326 |
| | (248)377-1700 / Fax (248)377-0051 |

_____/

## ORDER EXTENDING DISCOVERY CUT-OFF ONLY

UPON STIPULATION of the parties hereto and the Court being otherwise

fully advised in the premises:

IT IS ORDERED that  Plaintiff shall provide to Defendant Answers to

Defendant's Witness Interrogatories to Plaintiff dated March 21, 2017, on or before

June 29, 2017.

     IT IS ORDERED.

                          S/Victoria A. Roberts
                          U.S. DISTRICT COURT JUDGE

Dated: June 16, 2017