UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTUR ZAWADA,

                Plaintiff,                      Civil Action No. 2:16-cv-13606-VAR-RSE

vs

JAKE CROMAN,

                Defendant.

_____/

| | |
|---|---|
| LAW OFFICE OF JINAN M. HAMOOD | POTTER, DeAGOSTINO, O'DEA & PATTERSON |
| JINAN M. HAMOOD (P77315) | STEVEN M. POTTER (P33344) |
| Attorney for Plaintiff | RICK J. PATTERSON (P55706) |
| 214 N. Fourth Ave., 2nd Floor | ROBERT C. CLARK (P76359) |
| Ann Arbor, MI 48104 | Attorneys for Defendant |
| (734) 355-5666 | 2701 Cambridge Court, Ste. 223 |
| | Auburn Hills, MI 48326 |
| | (248)377-1700 / Fax (248)377-0051 |

_____/

## <u>STIPULATED ORDER OF DISMISSAL</u>

THIS MATTER  comes before the Court by this stipulated Order.

IT IS ORDERED that this cause of action is dismissed  with prejudice and without costs to

any party.

                                       S/Victoria A. Roberts
                                       U.S. DISTRICT COURT JUDGE

Dated: September 27, 2017

APPROVED AS TO FORM:


/s/ Jinan M. Hamood
JINAN M. HAMOOD (P77315)
Attorney for Plaintiff

/s/ Steven M. Potter
STEVEN M. POTTER (P33344)
Attorney for Defendant